IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRICK SUGGS, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA <br><br> Respondent. | CIVIL ACTION <br> NO. 16-6092 <br><br><br> CRIMINAL ACTION <br> NO. 14-349-2 |

## **ORDER**

**AND NOW**, this 20th day of November 2018, upon consideration of Petitioner Derrick Suggs' pro se Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 175), the Government's Response to Petitioner's Motion (Doc. No. 185), and in accordance with the Opinion issued this day, it is **ORDERED** as follows:

1. Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 175) is **DENIED**.

2. A Certificate of Appealability **SHALL NOT** issue because a reasonable jurist could not conclude that the Court is incorrect in denying and dismissing the Motion. 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473 (2000).

3. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.